# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
September 20, 2017

Lyle W. Cayce
Clerk

No. 16-51375
Summary Calendar

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for New Century Home Equity Loan Trust, Series 2005-C, Asset Backed Pass-Through Certificates,

      Plaintiff - Appellee

v.

CYNTHIA WATSON; RICHARD WATSON,

      Defendants - Appellants

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:15-CV-00823

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

      Defendants-Appellants Cynthia Watson and Richard Watson appeal the ruling of the district court that Plaintiff-Appellee Deutsche Bank National Trust Company, as Trustee for New Century Home Equity Loan Trust, Series

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-51375

2005-C, Asset Backed Pass-Through Certificates, is entitled to summary judgment and the court's ruling that the real property in dispute is subject to judicial foreclosure. We have reviewed the record on appeal, including but not limited to the briefs of the parties and the district court's Order of November 1, 2016 in explication of its Judgment of that date, and we are satisfied that summary judgment is eminently correct.  For essentially the same reasons set out by the district court in its abovesaid Order, its Judgment is in all respects,

AFFIRMED.